USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/17/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PEDRO JIMENEZ,

                    Petitioner,   24-CV-5753 (ER) (KHP)

      -against-   **ORDER**

STACIE BENNETT, *Superintendent of*
*Sullivan Correctional Facility*

                    Respondent.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The government filed and opposition to the habeas petition on December 20, 2024. A copy of the memoranda of law is attached. Petitioner has not responded. Although the time for responding has passed, because Petitioner is proceeding pro se, the Court sua sponte grants him until May 16, 2025 to file a reply in support of the petition. If no reply is received by that date, the Court will consider the petition fully briefed and issue an opinion based on the existing record.

**The Clerk of Court is directed to mail a copy of this order to the Petitioner.**

    SO ORDERED.

DATED:    New York, New York
             April 17, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge