UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO JIMENEZ,

                    Petitioner,                                    **ORDER**

          -against-                                           24-cv-05753 (ER) (KHP)

MICHAEL RITTER, Superintendent of East-
ern N.Y. Correctional Facility

                    Respondent.

On March 3, Pedro Jimenez filed an objection to the amended report and

recommendations submitted by Magistrate Judge Katharine Parker on January 30, 2026.

Doc. 28.  Respondent is directed to respond to the objection by March 25, 2026.

          SO ORDERED.

Dated:    March 4, 2026
          New York, New York

                                              _____
                                                    Edgardo Ramos, U.S.D.J.